```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA       :

                                         CRIMINAL 9cr343(DMC
         v.                    :

                               :           ORDER
CORY MELVIN
```

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  3rd   day of August, 2010,

O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Patrick McMahon, Esq. is hereby appointed and substituted in for Paul Warburgh, Esq to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after sentence, defendant will be required to reimburse the government for the cost of counsel.

```
                                  _____
                                       DENNIS M. CAVANAUGH
                                   United States District Judge
```

cc: Defendant
    Federal Public Defender
    United States Attorney