UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-1158
_____

UNITED STATES OF AMERICA

v.

CORY MELVIN,
  Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-09-cr-00343-001)
District Judge: Honorable Kevin McNulty
_____

Argued September 23, 2020

Before: AMBRO, PORTER, and ROTH,
*Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the District Court for the District of New Jersey and was argued on September 23, 2020. On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on January 9, 2020, is hereby VACATED, and the cause REMANDED to the District Court. All of the above in accordance with the Opinion of this Court. No costs shall be taxed. The mandate shall issue forthwith.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 16, 2020